IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE LEWIS WILLIAMS,<br><br>    Plaintiff,<br> v.<br>DR. ANITA MITCHELL, et al.,<br><br>    Defendants. | No. C 05-2675 SBA (pr)<br><br>**ORDER** |

    Plaintiff Shadale Lewis Williams, a state prisoner incarcerated at Kern Valley State Prison, has filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 alleging constitutional rights violations that occurred when he was incarcerated at Salinas Valley State Prison.

    In an Order dated September 29, 2006, the Court found that Plaintiff had stated a cognizable Eighth Amendment claim of deliberate indifference to his serious medical needs against all named Defendants. The Court dismissed Plaintiff's claims of injunctive relief. The cognizable Eighth Amendment claim was ordered served on Defendants.

    On December 11, 2006, Defendant Lee filed his Answer. On January 11, 2006, he filed a motion to dismiss.

    On March 12, 2007, the Court reissued summons on the three remaining defendants. On May 17, 2007, Defendants Mitchell, Duncan and Gist filed their Answer.

    No later than **five (5) days** from the date of this Order, the Court directs Defendants Mitchell, Duncan and Gist to advise the Court if they will be filing a joinder to Defendant Lee's Motion to Dismiss.

    If Defendants Mitchell, Duncan and Gist decide not to file a joinder, they shall file a motion for summary judgment or other dispositive motion pursuant to the briefing schedule in the Court's September 29, 2006 Order of Service. The motion shall be supported by adequate factual

documentation and shall conform in all respects to Federal Rule of Civil Procedure 56. If Defendants are of the opinion that this case cannot be resolved by summary judgment, they shall so inform the Court prior to the date the summary judgment motion is due. All papers filed with the Court shall be promptly served on Plaintiff.

IT IS SO ORDERED.

DATED: 6-4-07

SAUNDRA BROWN ARMSTRONG
United States District Judge